**MOT**
Rhonda Shade
50 Emery Street
Pahrump, NV 89048
775-419-4497

☑ FILED        ___ RECEIVED
☑ ENTERED      ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

DEC - 1 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Rhonda Shade, Lowell Shade Pro Se ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | 2:15-cv-01016-RFB-PAL |
| ) | |
| Clark County, City of Las Vegas ) | |
| ) | |
| Las Vegas Metropolitan Police ) | **MOTION [AND PROPOSED ORDER]** |
| ) | **TO EXTEND TIME TO** |
| Department, Officers A. Ash #9325, ) | **RESPOND TO DEFENDANTS** |
| ) | **MOTION TO DISMISS** |
| J. Smith #9342, J. Collins # 9322, ) | |
| ) | |
| Det. J. Grimmett #7056, Sgt. ) | |
| | |
| McGrath | |
| ) | |
| Defendant(s). ) | |

COMES NOW Plaintiffs, Rhonda Shade and Lowell Shade, pro se, and files their Motion [and Proposed Order] to Extend Time to Reply to Defendants Motion To Dismiss filed October 20, 2016. This motion is based on the following memorandum:

## MEMORANDUM AND CONCLUSION

Due to the complex nature of the case along with Plaintiff, Rhonda Shade's, current medical condition and distance from Las Vegas, the Plaintiffs are asking for an additional ten days (10) to attempt to retain attorney Cal Potter, III. Plaintiffs have discussed the matter with Mr. Potter and have been acquiring the funds to hire him and his firm. Plaintiffs have the utmost respect for this court and value the courts time. That is the reason Plaintiffs are trying to obtain the appropriate counsel for this matter. Should this request for an additional ten days (10) be granted, Plaintiffs understand such provisions may not be made in the future.

Plaintiffs respectfully request this Court's order extending their time to respond to Defendants Motion to Dismiss, on or before **December 11, 2015**.

Dated this 1st day of December, 2015.

## ORDER

Based upon the above and foregoing,

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE
December 2, 2015

Respectfully submitted,

Rhonda Shade, Pro Se

50 Emery Street

Pahrump, NV 89048

2