STEVEN B. WOLFSON
District Attorney
State Bar No. 001565
By: **ROBERT J. GOWER**
Deputy District Attorney
State Bar No. 001868
**CIVIL DIVISION**
500 South Grand Central Pkwy.
Las Vegas, Nevada 89155-2215
(702) 455-4761
Fax: (702) 382-5178
*Attorneys for Defendant Clark County*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RHONDA SHADE; LOWELL SHADE, PRO SE,

    Plaintiffs,

vs.

CLARK COUNTY; CITY OF LAS VEGAS; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; OFFICE A. ASH, #9325; OFFICER J. SMITH, #9342, OFFICER J. COLLINS #9322; SGT. MCGRATH, DETECTIVE GRIMMETT #7056,

    Defendants.

Case No: 2:12-cv-01016-RFB-CWH

### DEFENDANT'S MOTION TO SUBSTITUTE ATTORNEY

COMES NOW Defendant, CLARK COUNTY, NEVADA, through its attorney STEVEN B. WOLFSON, District Attorney, by Stephanie Barker, Chief Deputy District Attorney, and moves this Honorable Court for its order to allow counsel ROBERT J. GOWER, Deputy District Attorney, to hereby be substituted as attorney for the Clark

///
///
///
///
///
///

County Defendants in the above-entitled action, in place of and instead of STEPHANIE BARKER, Chief Deputy District Attorney.

DATED this 11th day of January, 2016.

> STEVEN B. WOLFSON
> DISTRICT ATTORNEY
>
> By: /s/ Stephanie Barker
> STEPHANIE A. BARKER
> Chief Deputy District Attorney
> State Bar No. 003176
> 500 South Grand Central Pkwy.
> P. O. Box 552215
> Las Vegas, Nevada 89155-2215
> *Attorney for Defendant Clark County*

## CLIENT VERIFICATION

I am an authorized representative of Clark County, Nevada and I have read the above and foregoing SUBSTITUTION OF ATTORNEY, and do hereby confirm that it is the desire of Defendant that Robert J. Gower be substituted for Stephanie A. Barker to provide Clark County's defense in this matter.

DATED this 11 day of January, 2016.

> CLARK COUNTY
> DEPARTMENT OF FINANCE
>
> By: _____
> Les Lee Shell, Director
> Clark County Risk Management

I hereby accept the above and foregoing substitution as attorney for the Defendant CLARK COUNTY.

DATED this 11th day of January, 2015.

> STEVEN B. WOLFSON
> DISTRICT ATTORNEY
>
> By: /s/ Robert Gower
> ROBERT J. GOWER
> Deputy District Attorney
> State Bar No. 001868
> 500 South Grand Central Pkwy.
> P. O. Box 552215
> Las Vegas, Nevada 89155-2215
> Attorney for Defendant Clark County

## ORDER

IT IS HEREBY ORDERED that Robert J. Gower be substituted as counsel of record for Defendant Clark County, Nevada in this matter.

DATED this __19th__ day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that I am an employee of the Office of the Clark County District Attorney and that on this 11th day of January, 2016, I served a true and correct copy of the foregoing **SUBSTITUTION OF COUNSEL** (United States District Court Pacer System or the Eighth Judicial District Court Wiznet), by e-mailing the same to the following recipients. Service of the foregoing document by e-mail is in place of service via the United States Postal Service.

Rhonda Shade
50 Emery Street
Pahrump, NV 89048
*Plaintiff in Proper Person*
Rhondashade702@gmail.com

/s/ Emily Elzeftawy
An Employee of the Clark County District
Attorney's Office – Civil Division