CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C.J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102
Ph:  (702) 385-1954
Fax: (702) 385-9081
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

RHONDA SHADE and
LOWELL SHADE,

    Plaintiffs,

v.

CLARK COUNTY, CITY OF LAS VEGAS,
LAS VEGAS METROPOLITAN
POLICE DEPARTMENT, OFFICERS A. ASH,
J. SMITH, J. COLLINS, DET. J. GRIMMETT,
SGT. MCGRATH,

    Defendants.
_____/

Case No.   2:15-cv-01016-RFB-PAL

### STIPULATION AND ORDER TO MOVE HEARING

**(First Request)**

COMES NOW, the above-referenced parties, by and through the undersigned counsel of record, and hereby agree, jointly stipulate that the hearing scheduled for Friday, October 28, 2016 at 11:30 a.m. be rescheduled.

The parties request that the hearing be rescheduled to accommodate the unavailability of Plaintiff's counsel.

. . .

. . .

. . .

. . .

For the reasons set forth above, the parties request that this Honorable Court move the hearing to the mutually agreeable date of November 3, 2016. This rescheduling request is made jointly by the parties, in good faith, and not for the purposes of delay.

| | |
|---|---|
| DATED this 13th day of October, 2016. | DATED this 13th day of October 2016. |
| POTTER LAW OFFICES | ENENSTEIN RIBAKOFF LAVINA & PHAM |
| By   /s/ C. J. Potter, IV, Esq.   <br>CAL J. POTTER, III, ESQ.<br>Nevada Bar No. 1988<br>C. J. POTTER, IV, ESQ.<br>Nevada Bar No. 13225<br>1125 Shadow Lane<br>Las Vegas, Nevada 89102<br>*Attorneys for Plaintiffs* | By   /s/ Robert A. Rabbat, Esq.   <br>ROBERT A. RABBAT, ESQ.<br>Nevada Bar No. 12633<br>3960 Howard Hughes Parkway, Suite 280<br>Las Vegas, NV 89169<br>*Attorney for LVMPD Defendants* |

### **ORDER**

IT IS SO ORDERED that the hearing regarding the [54] Motion to Dismiss set for October 28, 2016 is vacated and continued to November 3, 2016 at 2:00 PM in LV Coutroom 7C.

DATED this  14th  day of October, 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge